UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS, ETC., | ) | CASE NO. 5:19-cv-1246 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KG ADMINISTRATIVE SERVICES, INC., et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

On August 14, 2019, plaintiffs filed a motion for default judgment against defendant KG Administrative Services, Inc. ("KG") (Doc. No. 15), along with a motion for judgment on the pleadings (Doc. No. 16). At the time, plaintiffs failed to seek an entry of default by the Clerk under Fed. R. Civ. P. 55, but subsequently made such application (Doc. No. 19), and default was noted by the Clerk on August 20, 2019 (Doc. No. 20).

On September 4, 2019, KG moved to vacate the default judgment (Doc. No. 24), notwithstanding the fact that no such *judgment* has yet been entered. In addition, on September 18, 2019, plaintiffs moved to withdraw their motion for default judgment (Doc. No. 30), and, on September 19, 2019, KG filed an unopposed motion for leave to respond to plaintiffs' complaint and to oppose plaintiffs' motion for judgment on the pleadings (Doc. No. 31).

In light of these developments, the Court construes Doc. No. 24 as a motion by KG to set aside the *entry* of default under Fed. R. Civ. P. 55(c). Good cause having been shown, the Clerk's entry of default (Doc. No. 20) is set aside and Doc. No. 24 is granted.

Plaintiffs' motion (Doc. No. 30) to withdraw the motion for default judgment is granted and the Clerk is directed to indicate on the docket that Doc. No. 15 has been withdrawn.

KG's unopposed motion (Doc. No. 31) for leave until October 4, 2019 to respond to plaintiffs' complaint and/or to oppose plaintiffs' motion for judgment on the pleadings (Doc. No. 16) is granted.

**IT IS SO ORDERED**.

Dated: September 23, 2019

                                               **HONORABLE SARA LIOI**
                                               **UNITED STATES DISTRICT JUDGE**